IN THE MATTER OF THE PETITION OF THE NEW YORK BRIDGE COMPANY, TO ACQUIRE REAL ESTATE.

*Section 15 of chap. 140, Laws of 1850 — Upon whom burden of proof rests in apppli-cations under — chap. 601, Laws of 1874.*

Where an application is made to take real estate under the general railroad act (chap. 140, Laws 1850) the burden of proving, by legal evidence, that the facts alleged in the petition are not true, is, by section 15 of the said act, cast upon the owner of the land, and an affidavit or answer is not sufficient for that purpose.

*Buffalo and State Line R. R. Co.* v. *Reynolds* (6 How., 96) followed.

Section 26 of said act, providing that when the title is vested in any trustee not authorized to sell, or in any infant, idiot or person of unsound mind, the Supreme Court shall have authority to direct the sale of the land, is for the benefit of the trustee and infant or idiot owner, and is not cumpulsory upon the railroad company.

By chapter 601 of the Laws of 1874, the forfeiture of the charter of the New York Bridge Company, occasioned by its failure to complete the bridge within the time limited by law, was unconditionally waived.

*People* v. *The President, etc.; of the Manhattan Co.* (9 Wend., 380, 381) followed.

APPEAL from an order appointing commissioners to determine the compensation to be made by the New York Bridge Company for certain lands proposed to be taken by it.

*Wm. F. Shepard,* for the appellant.

*Edgar McCullen,* for the respondent.

Opinion by BRADY, J.

DAVIS, P. J., and DANIELS, J., concurred.

Order affirmed.